**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                              CASE NO:   12-02269-BKC-3F7

    LEE, RONNIE
    LEE, DEBRA,
        Debtor(s).
--------------------------------------------------------

**REPORT AND NOTICE OF TRUSTEE'S**
**INTENTION TO ABANDON PROPERTY OF THE ESTATE**

TO:   CREDITORS AND INTERESTED PARTIES

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within fourteen (14) days from the date of service of this paper. Objection should be filed with Clerk, U.S. Bankruptcy Court, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and a copy thereof served on the under-signed Trustee at his indicated address. Objection must be filed with the Clerk within fourteen (14) days from the date of mailing of this Notice by the Bankruptcy Court.
>
> If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Pursuant to Section 554 of the Bankruptcy Code, notice is hereby given on the abandonment of the following described property:   2008 Harley Davidson VIN #1HD1CN441XK304138; 1994 Chevrolet C1500 VIN #1GCDC14Z1RZ223163

Said property is being abandoned for the reason that:

(X) The principal balance owing on the debt, which is secured by a perfected security interest in said property, exceeds the fair market value of the property and/or the total amount to be realized would not result in a meaningful distribution to creditors; or the property subjects the bankruptcy estate to potential liability.

Written objections to said abandonment are to be filed with the Clerk, U.S. Bankruptcy Court, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and a copy of any objection furnished to the undersigned Trustee at his indicated address.

Unless written objections are filed within fourteen (14) days from the date of the mailing of this notice, the property shall be deemed abandoned and no Order will be issued.

DATED at Jacksonville, Florida   7/24/13   .

I HEREBY CERTIFY that a copy hereof has been furnished by United States Mail to the following:

Assistant U.S. Trustee
Ronnie & Debra Lee, Debtor(s)
Peter Blinn, Attorney

All Creditors as listed on the Matrix          /s/ Alexander G. Smith
                                                    ALEXANDER G. SMITH
                                                   Chapter 7 Trustee
                                                   Fla. Bar ID #140323
                                                   2601 University Blvd. West
                                                   Jacksonville, FL 32217
                                                   (904) 733-3822